UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                  :

RYAN GOODMAN,                          :

                      Plaintiff,     :

                                                  :

              -against-        :             21-CV-8588 (VSB)

                                                  :

FEDERAL BUREAU OF INVESTIGATION, :         **ORDER**
                         Defendant.   :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       By June 20, 2022, the parties shall file a joint status report indicating the status of

Defendant's production of documents and whether any further judicial intervention is needed.

SO ORDERED.

Dated:    June 13, 2022
           New York, New York

                                  _____
                                  Vernon S. Broderick
                                  United States District Judge